# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
DEC 1 2 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LUIGI GIOVANNI SANTIAGO<br>AKA: LUIGI G. SANTIAGO<br><br>                    Defendant. | CASE NO. 14CR2834-BTM<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of Cocaine with Intent to Distribute (1)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/12/2014

                                    _____
                                    Honorable Ruben B. Brooks
                                    U.S. Magistrate Judge